UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JON JOHNSON and JOHNSON & JOHNSON COMMODITIES INC. | CIVIL ACTION |
| VERSUS | NO. 09-2496 |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, etc. | SECTION "N" (4) |

# **ORDER AND REASONS**

Presently before the Court are Defendants' "Objection to Admissibility of Affidavit of Christine Berry, Ph.D in Connection with Opposition to Motion for Summary Judgment" (Rec. Doc. 30) and "Motion in Limine to Exclude Proposed Expert Testimony and Report of Plaintiff's Christine Berry, Ph.D" (Rec. Doc. 38). Having carefully reviewed the parties' submissions, **IT IS ORDERED** that the objection and motion are **GRANTED**.

Specifically, the Court does not find that Dr. Berry's proffered testimony will assist the trier of fact in the manner required by Federal Rule of Evidence 702. Although expert testimony regarding pertinent industry practices might be of assistance, Dr. Berry's affidavit and report do not include such information. To the contrary, much of the proffered testimony consists of conclusory determinations that the trier of fact is capable of making without specialized knowledge and/or for which inadequate foundation is provided. Otherwise, the proffered testimony concerns matters more

1

appropriately argued by counsel or decided by the presiding judge.

New Orleans, Louisiana, this 5th day of May 2010.

_____
KURT D. ENGELHARDT
United States District Judge