UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JON JOHNSON and JOHNSON & JOHNSON COMMODITIES INC. | CIVIL ACTION |
| VERSUS | NO. 09-2496 |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, etc. | SECTION "N" (4) |

## ORDER AND REASONS

Presently before the Court is Defendants' "Motion in Limine to Exclude Proposed Expert Testimony and Report of Plaintiffs' Expert, George Panzeca" (Rec. Doc. 39). Having considered the parties' submissions, **IT IS ORDERED** that the motion is **DENIED**. On the showing made, the Court finds that the matters raised by Defendants' motion arguably impact the weight of the testimony, rather than its admissibility, and can be adequately addressed through vigorous cross-examination.

New Orleans, Louisiana, this 13th day of May 2010.

_____
KURT D. ENGELHARDT
United States District Judge

1