UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JON JOHNSON and JOHNSON & JOHNSON COMMODITIES INC. | CIVIL ACTION |
| VERSUS | NO. 09-2496 |
| CERTAIN UNDERWRITERS AT LLOYDS OF LONDON, etc. | SECTION "N" (4) |

**ORDER AND REASONS**

Presently before the Court is Plaintiffs' "Motion in Limine to Exclude any Evidence Concerning Purported Attempts to Notify Jon Johnson of Notice of Cancellation through Noah Lewis and Regarding Ratification and/or Concerning Jon Johnson's Deposit of a Check Issued by Noah Lewis" (Rec. Doc. 50). Having considered the parties' submissions, **IT IS ORDERED** that the motion is **DENIED**. To the extent that objections to admissibility may be warranted as to particular evidence, however, Plaintiffs may assert those objections at trial.

New Orleans, Louisiana, this 13th day of May 2010.

_____
KURT D. ENGELHARDT
United States District Judge

1